UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE THOMPSON,
    Plaintiff,

v.

JOE DOE,
    Defendant.

Case No. 13-4021 WHO (PR)

**ORDER OF DISMISSAL**

This action was opened in error, and is hereby DISMISSED without prejudice. No filing fee is due. Plaintiff's motion to dismiss (Docket No. 5) is DENIED as moot. The Clerk shall enter judgment in favor of defendant, terminate Docket No. 5, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 21, 2013

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE THOMPSON,

        Plaintiff,

  v.

JOHN DOE,

        Defendant.

Case Number: CV13-04021 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Dewayne Thompson T 12115
A2-203
P.O. Box 7500
Crescent City, CA 95532

Dated: October 21, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk