UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE THOMPSON,

           Plaintiff,

    v.

JOHN DOE,

           Defendant.

Case No.  13-cv-04021-WHO (PR)

**ORDER DENYING MOTION TO DISMISS**

Plaintiff Thompson's motion to dismiss the action without prejudice (Docket No. 11) is DENIED as moot.  Before receiving this motion, the Court had dismissed the action without prejudice because it had been opened in error.  The Clerk shall terminate Docket No. 11.

    **IT IS SO ORDERED.**

**Dated:**  May 2, 2014



_____

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California